IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

TERESA D. HUGHES,

    Plaintiff,

v.                                         CASE NO. 1:10-cv-00154-MP-GRJ

MICHAEL J ASTRUE,
Commissioner of Social Security,

    Defendant.

_____/

## O R D E R

Pending before the Court is Plaintiff's Motion for Extension of Time to File Memorandum of Law. (Doc. 11.) Plaintiff requests an extension of time until February 2, 2011 to file her memorandum of law. Defendant does not oppose the requested relief.

Upon due consideration, Plaintiff's Motion for Extension of Time to File Memorandum of Law (Doc. 11) is **GRANTED**. Plaintiff shall file her memorandum of law by **February 2, 2011**. The deadline for Defendant to file his memorandum of law is extended an equal amount of time until **April 4, 2011**.

**DONE AND ORDERED** this 19th day of January, 2011.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge