IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

TERESA D. HUGHES,

    Plaintiff,

v.                                                  CASE NO. 1:10-cv-00154-MP-GRJ

MICHAEL J ASTRUE,
Commissioner of Social Security,

    Defendant.

_____/

## O R D E R

Pending before the Court is Plaintiff's Second Motion for Extension of Time to File Memorandum of Law. (Doc. 13.) Plaintiff requests a one day extension of time to file her memorandum. Pursuant to Local Rule 7.1, counsel certifies that Defendant's counsel does not object to the requested relief.

Accordingly, upon due consideration, Plaintiff's Second Motion for Extension of Time to File Memorandum of Law (Doc. 13) is **GRANTED**. Plaintiff shall file her memorandum by **February 3, 2011.** Because Plaintiff's deadline has been extended, the deadline for Defendant to file his memorandum is also extended. Defendant shall file his memorandum by **April 5, 2011**.

**DONE AND ORDERED** this 3rd day of February, 2011.

                                                 *s/ Gary R. Jones*
                                                 GARY R. JONES
                                                 United States Magistrate Judge