IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

TERESA D HUGHES,

    Plaintiff,

v.                                                  CASE NO. 1:10-cv-00154-MP-GRJ

MICHAEL J ASTRUE,

    Defendant.

_____/

**O R D E R**

This matter is before the Court on Doc. 19, Report and Recommendation of the Magistrate Judge, recommending that the decision of the Commissioner, denying benefits, be affirmed. The time for filing objections has passed, and none have been filed. Upon consideration, the Court accepts the Report and Recommendation.

First the Court agrees with the Magistrate Judge that the ALJ properly followed the Eleventh Circuit's three-part test for evaluating subjective complaints of pain. The ALJ clearly articulated the credibility finding and pointed to substantial supporting evidence in the record. Thus, the undersigned will not disturb this finding.

Also, the Court agrees that the opinions of treating doctors on the ultimate issue of disability are not supported by the medical evidence, and the evidence supports a contrary finding. Thus, the ALJ was correct to accord the opinions of treating physicians less weight. The Court also agrees that the ALJ articulated adequate and specific reasons for doing so that are supported by substantial evidence in the record.

Finally, the Court agrees that the ALJ acted properly in considering the finding of

disability by the Florida Retirement System but not according it the "great weight" urged by plaintiff.  As the ALJ noted, "no specifics or additional evidence has been offered in conjunction with the State's determination that would lead to a conclusion different from reached in this decision." Report and Recommendation, pp. 23-24.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2. The decision of the Commissioner, denying benefits, is affirmed.

**DONE AND ORDERED** this *21st* day of October, 2011

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge